**Order filed February 21, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00329-CR
_____

## MICHAEL STOGLIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**
**Ector County, Texas**
**Trial Court Cause No. D-17-1911-CR**

## O R D E R

Appellant's court-appointed attorney of record, Lauren Gavin, has filed in this court a motion to withdraw as counsel on appeal. *See* TEX. R. APP. P. 6.5. Gavin states in her motion that she "accepted a position at the Ector County Attorney's office as a prosecutor for the State of Texas." Gavin's continued representation of Appellant in this case would constitute a conflict of interest. The motion to withdraw is granted, and the appeal is abated.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before March 1, 2019, a supplemental clerk's record evidencing such appointment. The appeal will be reinstated when the supplemental clerk's record is filed in this court. Appellant's brief, which is currently past due, will be due to be filed in this court thirty days after the date that this appeal is reinstated.

PER CURIAM

February 21, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.